No. 166.   AMERICAN POWER & LIGHT CO. *v.* SECURITIES & EXCHANGE COMMISSION; and

No. 167.   ELECTRIC POWER & LIGHT CORP. *v.* SECURITIES & EXCHANGE COMMISSION.   May 28, 1945.   The petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit are granted.   *Messrs. Arthur A. Ballantine, John F. MacLane* and *Frank A. Reid* for petitioner in No. 166.   *Messrs. Daniel James, James F. MacLane* and *Frank A. Reid* for petitioner in No. 167.   *Solicitor General Fahy* and *Mr. Roger S. Foster* for respondent.   Reported below: 141 F. 2d 606.

No. 295.   ATKINS *v.* ATKINS.   May 28, 1945.   Petition for writ of certiorari to the Supreme Court of Illinois granted.   *Messrs. Harry F. Gillis* and *A. Rea Williams* for petitioner.   *Mr. Harold F. Trapp* for respondent.

No. 1167.   MARKHAM, ALIEN PROPERTY CUSTODIAN, *v.* ALLEN ET AL.   May 28, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.   *Solicitor General Fahy* for petitioner.   *Mr. Joseph Wahrhaftig* for respondents.

No. 1196.   ASHBACKER RADIO CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION.   May 28, 1945.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted.   *Messrs. Paul M. Segal* and *Philip J. Hennessey, Jr.* for petitioner.   *Assistant Solicitor General Cox, Messrs. Walter J. Cummings, Jr., Harry M. Plotkin* and *Joseph M. Kittner* for respondent.

No. 1201.   SMITH *v.* UNITED STATES.   May 28, 1945.   Petition for writ of certiorari to the Circuit Court of Ap-